UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TENNESSEE

In Re:   Sharron Ann Stanton                                              Chapter 13
                                                                          Case No. _

Debtor.

## Chapter 13 Plan

Address:       Debtor   4046 Wisteria Drive, Memphis, TN 38116

Plan Payment:

Debtor Shall Pay:   $815.00.00 Semi- Monthly  By: (X) Direct Pay  Social Security
   Or by:  ( ) Payroll Deduction

1. This Plan [Rule 3015.1 Notice]:

   (A) Contains a Non-standard Provision [See provision 19].                        (X) Yes   ( )  No

   (B) Limits the Amount of a Secured Claim Based on a Valuation of the Collateral for the Claim  (X) Yes   ( )  No
       [See provisions 7 and 8].

   (C) Avoids a Security Interest or Lien. [See provision 12].                      ( ) Yes   (X)  No

2. Administrative Expenses: Pay Filing Fee and Debtor Attorney's Fee Pursuant to Confirmation Order.

3. Auto Insurance:     ( ) Included in Plan     Or (X) Not Included in Plan if proof provided by Debtor

4. Domestic Support Paid By:  ( ) Debtor Directly  ( ) Wage Assignment    ( ) Trustee To:         Monthly Pmt.
                              ongoing payment begins
                              Approximate arrearage
                              ongoing payment begins
                              Approximate arrearage

5. Priority Claims:                                                                              Monthly Pmt.
                                                      Amount
                                                      Amount

6. Home Mortgage Claims:    ( ) Paid Directly by Debtor or (X) Paid by Trustee To:               Monthly Pmt.
   Mr. Cooper                 ongoing payment begins   April 2019                                   $1,195.00
                              Approximate arrearage   $9,552.00     Interest     0.00%              $160.00
                              ongoing payment begins
                              Approximate arrearage                 Interest

7. Secured Claims [Retain Lien 11 U.S.C. §1325 (a)(5)]:   Collateral Value    Interest Rate    Monthly Pmnt.
   Royal Furniture (household goods)                   $        100.00          0.00%              lump

8. Secured Automobile Claims for Debt Incurred Within 910 Days of Filing, and Other Secured Claims for Debt Incurred Within One Year of Filing [Retain Lien 11 U.S.C. §1325 (a)(5)]:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| City of Memphis (2004 GMC Yukon) | $ 2,864.00 | 0.00% | $38.00 |

9. Secured Claims for Which Collateral Will Be Surrendered; Stay Is Terminated Upon Confirmation for the Limited Purpose of Gaining Possession and Commercially Reasonable Disposal of Collateral:

   _____ Collateral _____
   _____ Collateral _____

10. Special Class Unsecured Claims:

| | Collateral Value | Interest Rate | Monthly Pmnt. |
|---|---|---|---|
| Dept. Of Education / Nelnet (partial) | $ 1,000.00 | 4.00% | $20.00 |

11. Student Loan Claims and Other Long Term Claims:

   Dept. Of Education / Nelnet            (X) Not Provided For    ( ) General Unsecured Creditor
   _____         ( ) Not Provided For    ( ) General Unsecured Creditor

12. The Judicial Liens or Non-possessory, Non-purchase Money Security Interests Held by the Following Creditors Are Avoided to the Extent Allowable Pursuant to 11 U.S.C. §522(f):

   _____

13. Absent a Specific Court Order Otherwise, All Timely Filed Claims, Other than Those Specifically Provided for Above, Shall Be Paid as General Unsecured Claims.

14. Estimated Total General Unsecured Claims: _____.

15. The Percentage to Be Paid to Non-priority, General Unsecured Claims Is:   ( ) _____;
    Or  (X) Trustee Shall Determine the Percentage to Be Paid after Passage of Final Bar Date.

16. This Plan Assumes or Rejects Executory Contracts:

   _____   ( ) Assume    ( ) Reject
   _____   ( ) Assume    ( ) Reject

17. Completion:    Plan shall be completed upon payment of the above, approximately  60  months.

18. Failure to Timely File a Written Objection to Confirmation Shall Be Deemed Acceptance of Plan.

19. Non-standard Provisions:
    For the purposes of provision 8, all collateral will be assumed to have exceeded the time limits set forth in the hanging paragraph following § 1325(a)(9), unless the debtor is in possession of the original contract

    Any Non-standard Provision Stated Elsewhere Is Void.

20. Certification: This Plan Contains No Non-standard Provisions Except Those Stated in Provision 19.

   /s/ Jimmy E. McElroy  TN Bar #011908            Date   January 22, 2019
   Debtor's Attorney's Signature